Samantha Martin
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: smartin@richardharrislaw.com
*Attorneys for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DINA BARELA, individually<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally<br><br>Defendants. | CASE NO.:    2:21-cv-00084-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER REPLY TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DINA BARELA, through her counsel of record, SAMANTHA A. MARTIN, ESQ. of the RICHARD HARRIS LAW FIRM, and Defendant USAA CASUALTY INSURANCE COMPANY, through their counsel of record, ROBERT W. FREEMAN, ESQ., PRISCILLA L. O'BRIANT, ESQ. and JENNIFER A. TAYLOR, ESQ.  of LEWIS BRISBOIS BISGAARD & SMITH LLP, that the deadline for Plaintiff to file her Reply to Defendants' Opposition to Plaintiff's Motion to Remand shall be extended from February 11, 2021 to February 19, 2021.  The Opposition was filed on February 4, 2021. This is the first request for extension of time for Plaintiff to file her Reply to Defendants' Opposition.  This Stipulation and Order is submitted in accordance with LR IA 6-1.

   The parties request this brief extension because counsel for Plaintiff has been participating in, and preparing for, a bench trial in front of Magistrate Judge Cam Ferenbach in

the case of *Tucker v. United States of America*, Case No. 2:18-cv-02255-VCF, which took place on February 8 and February 9, 2021. This short extension of time will allow Plaintiff to fully address each of the arguments set forth in Defendants' Opposition to aid this Court in its ultimate decision as to whether this matter should be remanded back to state court.

  Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

| | |
|---|---|
| DATED this 11h day of February, 2021.<br>**RICHARD HARRIS LAW FIRM** | DATED this 11th day of February, 2021<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Samantha A. Martin<br>_____<br>Samantha A. Martin, Esq.<br>Nevada Bar No. 12998<br>801 S. 4th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiffs* | /s/ Jennifer A. Taylor<br>_____<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT<br>Nevada Bar No. 10171<br>JENNIFER A. TAYLOR<br>Nevada Bar No. 6141<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 11th day of February, 2021.



_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 13th day of February, 2021.