ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
*Attorneys for USAA CASUALTY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DINA BARELA, individually. | CASE NO.: 2:21-cv-00084-RFB-NJK |
| Plaintiff, | **JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, DOES 1 through 20, ROE BUSINESS ENTITIES I through 20, inclusive jointly and severally, | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| Defendants. | |

Plaintiff DINA BARELA (hereinafter "Plaintiff'), by and through her attorneys of record, Samantha A. Martin, Esq. of The RICHARD HARRIS LAW FIRM, and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through its counsel of record, Robert W. Freeman, Esq., Priscilla O'Briant, Esq., and Jennifer A. Taylor, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, hereby submit this Proposed Joint Discovery Plan and Scheduling Order.

**Fed. R. Civ. P. 26(f) Conference**

The parties met on February 24, 2021 to discuss matters in compliance with LR 26-1 (b)(7)

4813-5930-6718.3

– (9). Based upon counsels review of the evidence in this case, the parties now propose the following discovery plan:

1. **Discovery Cut-Off Date:**

Plaintiff filed her Complaint on November 30, 2020 in Nevada State Court. Defendant filed a Petition for Removal to this Court on January 15, 2021. (ECF No. 1.) On January 21, 2021 Plaintiff filed a Motion to Remand this case back to State Court. (ECF No. 6.) Defendant filed its Answer on January 22, 2021. (ECF No. 7.) On February 19, 2021, Plaintiff filed a Notice of Withdrawal of Motion to Remand. (ECF No. 19.) The parties request the time period for discovery to start from the FRCP 26(f) conference or February 24, 2021. 180 days from February 24, 2021 is Monday, August 23, 2021. However, the parties request the close of discovery to fall on Thursday, September 23, 2021. The parties request September 23, 2021 as the discovery deadline because counsel for Plaintiff is pregnant and has an expected delivery date in Mid-August, 2021.

2. **Amending the Pleadings and Adding Parties:**

The parties request that all motions to amend the pleadings or to add parties be filed no later than Friday, June 25, 2021 - 90 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):**

The parties request the disclosure of experts be made on or before Monday, July 26, 2021 - 59 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by Wednesday, August 25, 2021 - 31 days after the initial disclosure of experts.

4. **Dispositive Motions:**

The date for filing dispositive motions shall not be later than Thursday, October 25, 2021 - 32 days after the proposed discovery cut-off date. In the event that the discovery period is

4813-5930-6718.3                                               2

extended from discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

5.  **Pretrial Order:**

The date for filing the joint pretrial order shall not be later than Wednesday, November 23, 2021 - 29 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6.  **Fed. R. Civ. P. 26(a)(3) Disclosures:**

The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7.  **Alternative Dispute Resolution:**

The parties met and conferred at the Rule 26 conference regarding the possibility of using alternative dispute resolution processes, namely arbitration and mediation.

8.  **Alternative Forms of Case Disposition:**

The parties met and conferred regarding the use of a magistrate judge for all purposes or to submit to the Short Trial Program.

9.  **Electronic Evidence:**

The parties met and conferred regarding the use of electronic evidence and presenting the same to the jury. They will present evidence to the jury in a format that will be compatible with

4813-5930-6718.3                                   3

the Court's jury evidence display system, with each party responsible for preparing their respective exhibits to comply.

**FRCP 26(f)(3) VIEWS AND PROPOSALS**

**A.    Initial Disclosures:**

Plaintiff served his initial disclosures on or before March 10, 2021.

Defendant served its initial disclosures on or before March 10, 2021.

**B.    Subjects on Which Discovery May Be Needed:**

Plaintiff and Defendant agree that the subjects of discovery shall include liability, causation, and damages of all forms.

**C.    Whether Discovery Should Be Conducted in Phases or Be Limited to or Focused on Particular Issues:**

Plaintiff and Defendant agree that discovery need not be conducted in phases.

**D.    Issues Regarding Disclosure of Electronically Stored Information, Including the Form or Forms In Which It Should Be Produced:**

Plaintiff and Defendant agree that no issues exist regarding the disclosure or discovery of electronically stored information currently.

**E.    Issues Regarding Claims of Privilege or Protection of Pre-Trial Materials:**

Some information and/or documents in Defendant's possession are protected under confidentiality and/or privilege. Plaintiff and Defendant agree to act in a manner that protects information entitled to be kept confidential and to ensure that protection is limited to material entitled to any such protections. The parties will work together, where possible, to establish an appropriate scope of discovery as it relates to privileged communications in Defendant's files. To the extent Defendant needs to seek protective orders prior to producing any confidential, trade

4813-5930-6718.3                                    4

secret or otherwise privileged information or documents, and in the interest of preserving its claims of privilege and confidentiality, Defendant will circulate a proposed stipulated protective order for Plaintiff's review prior to submitting the same to the Court for review and approval.

F.  **Changes That Should Be Made in The Limitations on Discovery Imposed Under These Rules or By Local Rule:**

None.

G.  **Orders That The Court Should Issue Under Rule 26(c)( or Rule 16(b) and (c):**

None at this time, though the parties may stipulate to such an order in the future to preserve materials protected by trade secret held by Defendant.

| | |
|---|---|
| DATED this 25th day of February, 2021. | DATED this 25th day of February, 2021. |
| **RICHARD HARRIS LAW FIRM** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| __/s/ Samantha A. Martin_____ | __/s/ Jennifer A. Taylor_____ |
| **BENJAMIN P. CLOWARD, ESQ.** | **ROBERT W. FREEMAN, ESQ.** |
| Nevada Bar No. 11087 | Nevada Bar No. 3062 |
| **SAMANTHA A. MARTIN, ESQ.** | **PRISCILLA L. O'BRIANT, ESQ.** |
| Nevada Bar No.12998 | Nevada Bar No. 10171 |
| 801 S. Fourth St. | **JENNIFER A. TAYLOR, ESQ.** |
| Las Vegas, NV  89101 | Nevada Bar No. 006141 |
| *Attorneys for Plaintiff* | 6385 S. Rainbow Boulevard, Suite 600 |
| *Dina Barela* | Las Vegas, Nevada 89118 |
| | *Attorneys for Defendant* |
| | *USAA CASUALTY INSURANCE COMPANY* |



4813-5930-6718.3

5

**ORDER**

1. The discovery cut-off shall be **Thursday, September 23, 2021.**

2. <u>Amending the Pleadings and Adding Parties.</u>  The last date for filing motions to amend pleadings or to add parties shall not be later than 90 days prior to the close of discovery.  In this action, the last date to file motions to amend the pleadings or add parties shall be **Friday, June 25, 2021.**

3. <u>FRCP 26(a)(2) Disclosures (Experts).</u>  The last day to disclose expert witnesses shall be 60 days before the discovery cut-off date.  In this action, the last date to disclose experts shall be **Monday, July 26, 2021.**  The date for the disclosure of rebuttal expert witnesses shall be 30 days after the initial disclosure of experts.  In this action, the last date to disclose rebuttal experts shall be **Wednesday, August 25, 2021.**

4. <u>Dispositive Motions.</u>  The last date to file dispositive motions shall not be later than 30 days after the discovery cut-off date.  In this action, the last date to file dispositive motions shall be **Thursday, October 25, 2021.**

5. <u>Joint Pretrial Order.</u>  The Joint Pretrial Order shall be filed no later than 30 days after the date set for filing dispositive motions.  In this action, the joint pretrial order shall be filed on or before **Wednesday, November 23, 2021.**

6. <u>FRCP 26(a)(3) Disclosures.</u>  The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order

**IT IS SO ORDERED.**

Dated this 26th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4813-5930-6718.3

6