**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DINA BARELA, individually.<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES 1 through 20, ROE BUSINESS ENTITIES I through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:21-cv-00084-RFB-NJK<br><br>**ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF PRIVATE MEDIATION** |

COMES NOW, Plaintiff DINA BARELA ("Barela") and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA-CIC"), by and through their respective counsel of record and hereby stipulate and make joint application to stay discovery in this matter until such time as the parties conclude a mediation to which the parties have agreed. The current discovery cutoff is January 21, 2022.

Good cause exists to stay discovery in this matter. Specifically, the parties have scheduled a mediation for **November 17, 2021** with the Honorable Nancy Saitta**,** which was the earliest timeframe all parties/counsel and the mediator could be available. The stay of discovery will allow

1. the parties to explore the possibility of settlement through mediation without incurring the time and expense of ongoing discovery prior to the mediation.

Within ~~thirty (30)~~ 14 days after completion of the mediation, the parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit new discovery deadlines, including the rebuttal expert deadlines, discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

DATED this 18th day of October, 2021

Attorneys for Plaintiff

**Approved for e-signature:**

/s/ Samantha A. Martin
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
RICHARD HARRIS LAW FIRM
801 S. Fourth St.
Las Vegas, NV 89101

DATED this 18th day of October, 2021

Attorneys for Defendant

**Approved for e-signature**

/s/ Jennifer A. Taylor
ROBERT W. FREEMAN, Esq.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, Esq.
Nevada Bar No. 10171
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Lewis Brisbois Bisgaard & Smith, LLP 6385 S. Rainbow Boulevard,
Suite 600 Las Vegas, Nevada 89118

Status report and new discovery plan (if case does not fully settle) must be filed no later than December 1, 2021.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 19, 2021

2