ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
*Attorneys for Defendant*
*USAA CASUALTY INSURANCE* COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DINA BARELA, individually. | CASE NO.: 2:21-cv-00084-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND STAY OF DISCOVERY PENDING THE OUTCOME OF PRIVATE MEDIATION** |
| USAA CASUALTY INSURANCE COMPANY, DOES 1 through 20, ROE BUSINESS ENTITIES I through 20, inclusive jointly and severally, | **(First Request)** |
| Defendants. | |

ROBERT W. FREEMAN

COMES NOW, Plaintiff DINA BARELA ("Barela") and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA-CIC"), by and through their respective counsel of record and hereby stipulate and make joint application (First Request) to extend the stay of discovery in this matter entered on October 19, 2021 until such time as the parties conclude a mediation to which the parties have agreed.  (ECF No. 27)  The mediation previously scheduled for November 17, 2021 has been moved to December 2, 2021.



4854-5938-5348.3

Good cause exists to continue the stay of discovery in this matter.  Specifically, the parties had previously scheduled mediation for November 17, 2021 with the Honorable Nancy Saitta, which was the earliest timeframe all parties/counsel and the mediator could be available.  However, on the day of the mediation, hours prior to commencement, Plaintiff had to cancel and postpone the mediation due to a sudden personal emergency.  As a result, the parties agreed to continue the November 17th scheduled mediation.  Judge Saitta has rescheduled the mediation to December 2, 2021.  As such this joint request is made to extend the stay of discovery until after the mediation on December 2, 2021.

The stay of discovery will allow the parties to explore the possibility of settlement through mediation without incurring the time and expense of ongoing discovery prior to the mediation.

Within 14 days after completion of the mediation, the parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit new discovery deadlines, including the rebuttal expert deadlines, discovery cutoff deadline (providing ample time to complete written

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  discovery and depositions), deadline for filing dispositive motions and the deadline for filing the

2  Joint Pretrial Order.

3  DATED this 19th day of November, 2021              DATED this 19th day of November, 2021

4  Attorneys for Plaintiff                            Attorneys for Defendant

5  Approved for e-signature:                          Approved for e-signature

6
   /s/  *Samantha A. Martin*                          /s/  Jennifer A. Taylor
7  BENJAMIN P. CLOWARD, ESQ.                           ROBERT W. FREEMAN, Esq.
   Nevada Bar No. 11087                                Nevada Bar No. 3062
8  SAMANTHA A. MARTIN, ESQ.                            PRISCILLA L. O'BRIANT, Esq.
   Nevada Bar No. 12998                                Nevada Bar No. 10171
9  RICHARD HARRIS LAW FIRM                             JENNIFER A. TAYLOR
   801 S. Fourth St.                                   Nevada Bar No. 6141
10 Las Vegas, NV  89101                                Lewis Brisbois Bisgaard & Smith, LLP
                                                       6385 S. Rainbow Boulevard, Suite 600
11                                                     Las Vegas, Nevada 89118

12

13

14                              **ORDER**

15

16  The parties must file a status report no later than December 16, 2021.  Additionally, if
17  the case does not settle at mediation, the parties must file a revised joint proposed
    discovery plan no later than December 16, 2021.
18
    **IT IS SO ORDERED.**
19

20  Dated: November 22, 2021              _____

21                                        Nancy J. Koppe
                                          United States Magistrate Judge
22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW