ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
*Attorneys for Defendant*
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DINA BARELA, individually. | CASE NO.: 2:21-cv-00084-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND STAY OF DISCOVERY PENDING THE OUTCOME OF PRIVATE MEDIATION** |
| USAA CASUALTY INSURANCE COMPANY, DOES 1 through 20, ROE BUSINESS ENTITIES I through 20, inclusive jointly and severally, | **(Second Request)** |
| Defendants. | |

ROBERT W. FREEMAN

COMES NOW, Plaintiff DINA BARELA ("Barela") and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA-CIC"), by and through their respective counsel of record and hereby stipulate and make joint application (Second Request) to extend the stay of discovery in this matter entered on October 19, 2021 until such time as the parties conclude a mediation to which the parties have agreed.  (ECF No. 27)  The mediation previously scheduled for December 2, 2021 has been moved to **December 28, 2021**.

Good cause exists to continue the stay of discovery in this matter. Specifically, the parties had previously scheduled mediation for November 17, 2021 with the Honorable Nancy Saitta, which was the earliest timeframe all parties/counsel and the mediator could be available. However, on the day of the mediation, hours prior to commencement, Plaintiff had to cancel and postpone the mediation due to a sudden personal emergency. As a result, the parties agreed to continue the November 17th scheduled mediation. Judge Saitta then rescheduled the mediation to December 2, 2021.

On November 24, 2021 Plaintiff's counsel contacted Defendant's counsel to request the December 2, 2021 mediation be moved to December 28, 2021 due to occurrence of a sudden medical illness by Plaintiff's minor son that may require additional medical treatment. Defendant had no objection to moving the December 2 mediation to December 28, 2021. Judge Saitta also had no objection rescheduling the mediation to December 28, 2021 via zoom. As a result of these events this joint request is made to extend the stay of discovery until after the mediation on December 28, 2021.

The stay of discovery will allow the parties to explore the possibility of settlement through mediation without incurring the time and expense of ongoing discovery prior to the mediation.

Within 14 days after completion of the mediation, the parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit new discovery deadlines, including the rebuttal expert deadlines, discovery cutoff deadline (providing ample time to complete written

///
///
///
///
///
///
///
///

discovery and depositions), deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

DATED this 2nd day of December, 2021     DATED this 2nd day of December, 2021

Attorneys for Plaintiff     Attorneys for Defendant

Approved for e-signature:     Approved for e-signature

/s/ _Samantha A. Martin_
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
RICHARD HARRIS LAW FIRM
801 S. Fourth St.
Las Vegas, NV  89101

/s/ _Jennifer A. Taylor_
ROBERT W. FREEMAN, Esq.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, Esq.
Nevada Bar No. 10171
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

### ORDER

The parties must file a status report no later than January 11, 2022. Additionally, if the case does not settle at mediation, the parties must file a revised joint proposed discovery plan no later than January 11, 2022.

**IT IS SO ORDERED.**

Dated: December 2, 2022           _____
Nancy J. Koppe
United States Magistrate Judge

3