ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.Obriant@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for Defendant*
*USAA CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DINA BARELA, individually. | CASE NO.: 2:21-cv-00084-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, DOES 1 through 20, ROE BUSINESS ENTITIES I through 20, inclusive jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff DINA BARELA ("Barela") and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through their respective undersigned counsel, that all claims in the above-entitled action against

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4884-2534-0424.2

Defendant shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 25th day of January, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

BY: /s/ Jennifer A. Taylor
_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Priscilla L. O'Briant, Esq.
Nevada Bar No. 10171
Jennifer A. Taylor, Esq.
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*USAA CASUALTY INSURANCE COMPANY*

DATED this 25th day of January, 2022. RICHARD HARRIS LAW FIRM

BY: /s/
Samantha A. Martin, Esq.
Nevada Bar No. 12998
801 S. Fourth St.
Las Vegas, NV 89101
Attorneys for Plaintiff
*Dina Barela*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 28th day of January, 2022.

4884-2534-0424.2

2